## Heenan *v.* Kelly, Appellant.

Argued November 27, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Raymond A. White, Jr.,* for appellant.

*Milford J. Meyer,* with him *Robert M. Bernstein,* for appellee.

PER CURIAM, March 25, 1946:

There is no merit in this appeal. The few questions raised are fully and correctly answered in the opinion of President Judge Bok of the learned court below. On that opinion the judgment appealed from is affirmed.

Judgment affirmed.